**RECEIVED**

SEP 2 5 2017

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
DIVISION

)
)
)

**Terrence Lee**

**NAME OF THE PLAINTIFF**

)
)
)

vs.

)
)
)

**Burlington Stores**

Case No.

)
)
)

JURY TRIAL DEMANDED

YES ✓ NO ___

**NAME OF THE DEFENDANT OR
DEFENDANTS** (Enter above the full name(s) of
ALL defendant(s) in this lawsuit. Please
attach additional sheets if necessary.

)
)
)
)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This employment discrimination lawsuit is based on (check only those that apply):

✓      Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for
employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain
a right-to-sue letter from the Equal Employment Opportunity Commission.*

____      Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for
employment discrimination on the basis of age (age 40 or older).
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file charges with the Equal Employment Opportunity
Commission.*

____      American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for
employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the American with Disabilities
Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity
Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

_____

_____

_____

## PARTIES

2.  Plaintiff's name: __Terrence Lee__

    Plaintiff's address: __PO Box 3845__
    Street address or P.O. Box

    __Jennings Mo 63136__
    City/ County/ State/Zip Code

    __314-359-2059__
    Area code and telephone number

3.  Defendant's name: __Burlington Stores__

    Defendant's address: __1830 Route 130 North__
    Street address or P.O. Box

    __Burlington, NJ 08016__
    City/County/State/ Zip Code

    _____
    Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.     If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

__18570  Outlet  Blvd   Chesterfield  MO  63005__
(Street Address)                    (City/County)                    (State)   (Zip Code)

5.     When did the discrimination occur? Please give the date or time period:

__November  4, 2015__

## ADMINISTRATIVE PROCEDURES

6.     Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

____✓__Yes     Date filed: __November 16, 2015__

_____ No

7.     Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

____✓__Yes     Date filed: __November 16, 2015__

_____No

8.     Have you received a Notice of Right-to-Sue Letter?

____✓__Yes                         _____ No

If yes, please attach a copy of the letter to this complaint.

9.     If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

_____ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

✓ retaliation

_____ harassment

_____ other conduct (specify): _____

_____

_____

_____

Did you complain about this same conduct in your charge of discrimination?

✓ Yes                          _____ No

4

11.   I believe that I was discriminated against because of my (check all that apply):

_____   race

_____   religion

_____   national origin

_____   color

_____   gender

_____   disability

_____   age (my birth date is: _____ )

✓   other: __Retaliation_____

---

Did you state the same reason(s) in your charge of discrimination?

✓ Yes                    _____ No

12.   State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

I filed a previous claim with the EEoc about how they was discriminateing against me because of my raise so they fired me.

(Attach additional sheets as necessary).

6

13.     The acts set forth in paragraph 12 of this complaint:

_____ are still being committed by the defendant.

_____ are no longer being committed by the defendant.

✓ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

have Burlington start treating all of they
emploees equal, Make all managment retrain
Donate money to black charity, and award
me 1 million dollars in damages.

Signed this 25 day of Seotember , 2017

Jerenue Lee

Signature of Plaintiff

7